UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 11-16-GFVT |
| Plaintiff, | ) | |
| V. | ) | **ORDER** |
| ROGER WOOLUM, | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court upon the reported violations of supervised release conditions by Defendant Roger Woolum. This issue was referred to Magistrate Judge Hanly A. Ingram [R. 174], who conducted a hearing pursuant to Federal Rule of Criminal Procedure 32.1(b). [R. 183]. Following this hearing, Judge Ingram prepared a Recommended Disposition, in which he recommended revocation of supervised release and imprisonment for a term of one month based on the violations found, followed by a 35-month term of supervised release under the conditions previously imposed, with the added condition of weekly drug testing during the first three months of supervised release. [R. 184].

Pursuant to 28 U.S.C. § 636(b)(1), a party has fourteen days after being served with a copy of the Recommended Disposition to file a specific written objection. Upon receiving an objection by a party, this Court must conduct a de novo review of the portion of the Recommended Disposition to which the party specifically objected. However, as Judge Ingram

warned in his Recommended Disposition, "Failure to make timely objection consistent with this statute and rule may, and normally will, result in waiver of further appeal to or review by the District Court or Court of Appeals. *See United States v. Walters*, 638 F.2d 947, 950 (6th Cir. 1981); *Thomas v. Arn*, 106 S. Ct. 466 (1985)." [R. 184].

Woolum has responded to the Recommended Disposition, indicating that he does not have an objection. [R. 185]. Further, the Defendant has also filed a waiver of allocution [R. 185-1], expressly waiving any right he might have had to a hearing prior to a final judgment by this Court. Therefore, the Court having now reviewed the Recommended Disposition hereby accepts the recommendation of the Magistrate Judge and adopts it as and for the opinion of this Court.

Accordingly, it is hereby **ORDERED** as follows:

1. The Magistrate Judge's Recommended Disposition [R.185] is **ADOPTED** as and for the opinion of this Court;

2. The Defendant's supervised release is revoked in favor of imprisonment for a term of one month based on the violations found, followed by a 35-month term of supervised release under the conditions previously imposed, with the added condition of weekly drug testing during the first three months of supervised release.

3. An Amended Judgment shall be entered.

This 6th Day of November, 2013.

