UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | Criminal No. 11-16-GFVT |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | **ORDER** |
| | ) | |
| ROGER WOOLUM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The Court conducted a final hearing on Defendant Roger Woolum's alleged supervised released violation on July 24, 2014.  [R. 248].  For the reasons stated on the record in that hearing, it is hereby **ORDERED** that Woolum's Objection [R. 227] is **OVERRULED** and the Recommended Disposition of the Magistrate Judge [R. 224] is **ADOPTED** as and for the opinion of this Court.

This 2nd Day of September, 2014.



Signed By:

*Gregory F. Van Tatenhove*

**United States District Judge**